# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Jamael Sanford,**<br><br>Plaintiff<br><br>v.<br><br>**GEORGIA DEPARTMENT OF PUBLIC SAFETY, and its Division, the GEORGIA STATE PATROL, and MARK HAMBERT, individually and in his official capacity under color of law as Major, Georgia State Patrol,**<br><br>Defendants | CIVIL FILE ACTION NO#<br><br>**1:20-CV-04532-AT-JSA**<br><br><br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Attorney Tamika Sykes of Sykes Law LLC (Counsel) pursuant to LR 83.1(E), NDGa, files this Motion to Withdraw as Counsel of Record for Plaintiff Jamael Sanford (Plaintiff). Counsel has attached as Exhibit A, the Notice of Intent to File Motion to Withdraw as Counsel. Plaintiffs have been notified of Counsel Motion to Withdraw on June 21, 2021. Exhibit A, the Notice of Intent to File Motion Withdraw As Counsel which was served on Plaintiffs at Plaintiffs last known address and through secure client portal ,and in pertinent part states:

1) Tamika Sykes wishes to withdraw;

2) Sykes Law LLC wishes to withdraw;

3) This Court retains jurisdiction of the action;

4) That Plaintiff has the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;

5) That Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

6) That if Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

7) That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

8) That service of notices may be made upon Plaintiff at Plaintiff's last known address) as follows:

    Jamael Sanford 1907 De Winton Pl Lawrenceville, Ga 30043;

    melsanford411@gmail.com

9) Plaintiffs have 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiffs may have.

10) Plaintiffs have been informed that the Clerk of the Northern District of Georgia, Atlanta Division, where Plaintiff's case is pending may be contacted through the following information:

Clerk Kevin P. Weimer
Richard B. Russell Federal Building
and Courthouse 75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361
(404) 215-1655

11) Counsel for Defendant may be contacted through the following information:

Laura W. McDonald
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
lmcdonald@law.ga.gov

Therefore, Attorney Tamika Sykes of Sykes Law LLC respectfully request this court to grant this Motion to Withdraw As Counsel for Plaintiff. Respectfully submitted this 2nd day of August, 2021.

____/s/ Tamika Sykes_____,
Tamika Sykes, Ga Bar #141617

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS</u> on Plaintiffs and Defendant's counsel through e-service notification from this Court's electronic court filing system-CM/ECF; electronic mail, via client portal, and/or last known address.

Respectfully submitted this 2nd day of August, 2021.

<u>/s/ Tamika Sykes            </u>,
Tamika Sykes, Ga Bar #141617
tamikasykes@sykeslawllc.com



400 West Peachtree St. NW
Suite #4-532
Atlanta, Ga 30308
(404) 870-8414-Office

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **Jamael Sanford,** Plaintiff  **GEORGIA DEPARTMENT OF PUBLIC SAFETY, and its Division, the GEORGIA STATE PATROL, and MARK HAMBERT,** individually and in his official capacity under color of law as Major, Georgia State Patrol, Defendants | CIVIL FILE ACTION NO# **1:20-CV-04532-AT-JSA** **JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO FILE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

In accordance with LR 83.1(E), NDGa, Tamika Sykes of Sykes Law LLC (Counsel) serves this notice of intent to seek permission to withdraw her representation as Counsel of record for Jamael Sanford (Plaintiff) in this matter. Please be advised of the following:

1. That Attorney Tamika Sykes wishes to withdraw;
2. That the Court retains jurisdiction of the action;
3. That Plaintiffs have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served;

**EXHIBIT A**

4. That Plaintiffs have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

5. That if Plaintiffs fail or refuse to meet these burdens Plaintiff may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

6. That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

7. That service of notices may be made upon Plaintiffs at Plaintiffs' last known address) as follows:
Jamael Sanford 1907 De Winton Pl Lawrenceville, Ga 30043; melsanford411@gmail.com

8. Plaintiffs have 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiff may have.

Respectfully submitted this 2nd day of August, 2021.

*Tamika Sykes*,
Tamika Sykes, Ga Bar #141617



**EXHIBIT A**