IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMAEL SANFORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:20-CV-4532-AT-JSA |
| GEORGIA DEPARTMENT OF PUBLIC | : | |
| SAFETY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

The above-captioned action is before the Court on the "Motion to Withdraw as Counsel of Record for Plaintiffs" [26] ("Motion to Withdraw") filed by attorney Tamika Sykes, counsel for Plaintiff, who requests permission to withdraw as counsel of record for Plaintiff in this action.

Pursuant to Local Rule 83.1E, an attorney wishing to withdraw as counsel of record in a civil case must give the client fourteen days' prior notice before filing a motion to withdraw and must attach a copy of that notice to the motion to withdraw. *See* LR 83.1E(2), NDGa. In lieu of filing a motion to withdraw, an attorney may instead choose to file a Certificate of Consent that has been signed by the client, the withdrawing attorney, and the substituting attorney, if one has been chosen. *See* LR 83.1E(3), NDGa. In this case, Plaintiff's attorney states that she mailed a notice to

Plaintiff on June 21, 2021, and she attached a copy of that notice to the Motion to Withdraw. *See* Mot. [26], Ex. A.

As of this date, the deadline to file a response to the Motion to Withdraw has expired, and no party has filed a response or objection to the Motion, indicating that the motion is unopposed. *See* LR 7.1(B), NDGa. Accordingly, the Motion to Withdraw [26] is **GRANTED** as unopposed. The Clerk is **DIRECTED** to update the docket to reflect that attorney Tamika Sykes has **WITHDRAWN** as counsel of record for Plaintiff in this action.

Pursuant to Local Rule 83.1E, when an attorney withdraws or is removed from a case, the party who was represented by that attorney must notify the Clerk within twenty-one (21) days of the appointment of another attorney or of that party's decision to appear *pro se*, without benefit of counsel. LR 83.1E(5), NDGa. The party must also provide the Clerk with the current telephone number and address of the newly appointed attorney or of the party, if proceeding *pro se*. *Id*.

In the Motion to Withdraw [26], Plaintiff's attorney states that Plaintiff's last known mailing address is as follows: 1907 De Winton Pl, Lawrenceville, Georgia 30043, and his email address is: melsanford411@gmail.com. *See* Mot. [26] at 2. Accordingly, the Clerk is **DIRECTED** to update the docket to include Plaintiff's last known mailing address and email address.

2

In an Order [24] dated June 25, 2021, the undersigned stayed the deadlines in this case until September 20, 2021. *See* Order [24]. Accordingly, the Court will extend the time for Plaintiff to provide notice to the Clerk until the stay has ended. Thus, Plaintiff is **ORDERED** to provide notice to the Clerk, on or before **September 21, 2021**, of the appointment of another attorney to represent him or of his intention to proceed *pro se*, without benefit of counsel. *See* LR 83.1E(5), NDGa. Plaintiff must also notify the Clerk by that same deadline of the current address and telephone number of the new attorney, if one has been chosen, or of his own mailing address and telephone number, if he intends to proceed *pro se*. *See id*.

If Plaintiff fails to notify the Clerk of the appointment of a new attorney, Plaintiff will be presumed to be proceeding *pro se*, without benefit of counsel and if Plaintiff fails notify the Clerk of his mailing address, telephone number, or email address, Plaintiff's mailing address and email address listed above will be presumed to be correct. Plaintiff is further advised that, if he continues to proceed *pro se*, he is required to keep the Clerk updated with his current mailing address and a current telephone number or email, and if he fails to do so, it may result in an appropriate sanction, including dismissal of this action. *See* LR 83.1E(5), NDGa; *see also* LR 16.5, 41.2(B), 83.1D(3), NDGa.

In an Order [28] dated August 18, 2021, District Judge Totenberg dismissed some of Plaintiff's claims and granted Plaintiff leave to amend his claim under 42 U.S.C. § 1983 against Defendant Mark Hambert, in his individual capacity within fourteen (14) days from the entry of that Order. *See* Order [28] at 2. In light of the granting of the Motion to Withdraw [26] filed by Plaintiff's counsel, the undersigned extends this deadline for Plaintiff to amend his § 1983 claim against Defendant Hambert through **October 1, 2021**.

The Clerk is **DIRECTED** to serve a copy of this Order on Ms. Sykes and Plaintiff at his last known mailing address indicated above.

**IT IS SO ORDERED** this 24th day of August, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE